UNITED STATES of America,
Plaintiff–Appellee,

v.

Henry Carlton BRYANT, aka Henry Bryant, Defendant–Appellant.

No. 03–50138.

United States Court of Appeals,
Ninth Circuit.

---

Submitted Aug. 9, 2004.*

Decided Aug. 13, 2004.

Before: SCHROEDER, Chief Judge, RAWLINSON and CALLAHAN, Circuit Judges.

## MEMORANDUM **

Henry Carlton Bryant appeals his guilty-plea conviction and 135–month sentence for distribution of cocaine base, in violation of 21 U.S.C. § 841(a)(1). Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Bryant has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. Bryant has not filed a pro se supplemental brief.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief. We therefore GRANT counsel's motion to withdraw and AFFIRM the district court's judgment.

AFFIRMED.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.